32 A.3d 676

Frank T. PERANO d/b/a GSP Management Co., Appellant

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT
OF ENVIRONMENTAL PROTECTION, Appellee.

Frank T. Perano d/b/a GSP Management Co., Appellee

v.

Commonwealth of Pennsylvania, Department
of Environmental Protection, Appellant.

Supreme Court of Pennsylvania.

Nov. 23, 2011.

Nos. 25 MAP 2011, 31 MAP 2011,

## ORDER

PER CURIAM.

AND NOW, this 23rd day of November, 2011, the order of
the Commonwealth Court is hereby AFFIRMED. The appeal at 31 MAP 2011 is hereby dismissed as moot.